**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

IN RE
   THOMAS HIERL                                Chapter 13
     Debtor                                      Case No. 18-12565

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

NOW COMES the Debtor, Thomas Hierl, and gives notice of a change in the Debtor's residential and mailing address. The Debtor's new address is:

      Thomas Hierl
      400 Foxborough Blvd., Apt. 9203
      Foxboro, MA 02035

WHEREFORE the Debtor requests that the Court's records be changed to reflect her new address and that any future notices be mailed to him at that address.

      Respectfully submitted,
      Thomas Hierl,
      By their attorney,

      */s/ Colin D. Creager*
      Colin D. Creager, BBO#697526
      Law Office of Nicholas F. Ortiz, P.C.
      99 High Street, Suite 304
      Boston, MA 02110
      (617) 338-9400
      (617) 507-3456 (fax)
      cdc@mass-legal.com

Dated: February 5, 2020